UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

MARC RASSBACH,                          ) Case No.: 14-24438-gmh

          Creditor                      ) Motion to Intercede

William Foley                           )

          Debtor                        )

_____ )

As a creditor of Mr. Foley AND having spent the time and effort to
examine the public record of Mr. Foley I move the Court to
acknowledge and accept this status of being in a unique position to
place statements made by Mr. Foley in the Federal Court in contrast
with past statements made by Mr. Foley in the public record.

Creditor Marc Rassbach therefore moves the Court to be treated as an
Expert with respect to what Mr. Foley has stated on the public
record and has the right to make the past public statements made
part of the Bankruptcy proceedings.

DATED: April 21, 2014

                                        MARC RASSBACH
                                        Creditor

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

MARC RASSBACH,                    ) Case No.: 14-24438-gmh
)
          Creditor               ) Motion to force bankruptcy
)
William Foley                    )
)
          Debtor                 )
_____ )

As a creditor of Mr. Foley's and a person who has examined the

public record of Mr. Foley in a Court setting I have spent the time

examining the legal record of Mr. Foley.


Mr. Foley's typical pattern is to be involved at the start of a

legal fight and then not provide the proper paperwork or just not

show up.    Once a judgment is reached there is some kind of excuse

as to why he did not respond.


While the Bankruptcy Court does have the option of dis-allowing the

Bankruptcy within 7 days due to lack of paperwork, given the 1.4

million owed the State of Wisconsin and the "questionable" listing

of assets the only way forward with Mr. Foley does seem to be to

hold the Bankruptcy open so that questions can be asked and answers

may be received.    The destruction of other people's property as

noted in Waukesha 2011sc1656 is a risk the people who have claims

against the assets no matter if Mr. Foley is in or not in Bankruptcy Court.

By holding the Bankruptcy open, Mr. Foley has the option to correct the errant paperwork and have his past statements make sense with the present statements but only if the case is held open.

Holding Mr. Foley in Bankruptcy Court means someone has the ability to ask him questions under oath and obtain answers and Creditor Marc Rassbach therefore moves the Court to Force Mr. Foley through the Bankruptcy process he started.

DATED: April 21, 2014

_____
MARC RASSBACH
Creditor

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

FILED

2014 APR 22 PM 12: 17

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

| | | |
|---|---|---|
| MARC RASSBACH, | ) | Case No.: 14-24438-gmh |
| Creditor | ) | Motion to force bankruptcy |
| | ) | |
| William Foley | ) | |
| Debtor | ) | |
| | ) | |

Motion for the Court to examine into the truthfulness of statements of Mr. Foley with respect to ownership claims of "The Original Suburpia"

In the document submitted to the Court Mr. Foley claims to have some kind of ownership to the assets of the businesses at 10853 West Bluemound Road 53226 / 2264 N. Prospect Ave 53202 / 116 E. Layton Avenue 53207

What this Court needs to be aware of is public statements made by Mr. Foley in the past and then attempt to somehow turn square corners to get to where Mr. Foley is claiming – that he is an owner of the businesses listed.

The 1st public statement is from the opening of The Original Suburpia as published in 2005.    Note how Mr. Foley is on record as

- 1 -
Motion to force bankruptcy

stating he was "Just a cashier" and "not an owner".  This is
labeled as #1.  What makes this statement interesting is the long
term intended harm which in Wisconsin is a Class A misdemeanor as
per 942.03.   Ask Jay Pospero of Milwaukee 2011SC032208 how harmed
he feels over  the issue of if Mr. Foley is/is not the owner of "The
Original Suburpia".

If the Court examines the past Bankruptcies of Sandwich King
businesses from 2009  William Foley is not listed as an owner.   The
1st observation of events The Court should consider is rejection of
the 2009 bankruptcies prevented Mr. Foley from legally obtaining the
Suburpia assets for a discount from The Court and instead left him
with creating legal liability for the owners so that when he took
the assets and placed them under control of the various Sandwish
King INC firms created on  12/17/2012  A second and far less
charitable observation is the parties of Von Breisen and Roper were
paid money from the Sandwich Kings LLC bank account to conceive of
the plan and legal framework to claim that no one owned Sandwich
Kings LLC anymore – per the argument heard by myself in Milwaukee
2013CV2944 and thus Mr. Foley had some kind of right to take the
assets and make them his own.   As noted in the records of the
Wauwatosa Police department Attorney Castronovo was still working
with Mr. Foley past the time of the 12/17/2012 formation of the
various Sandwich King INC businesses and with the Febuary 6th 2013

settlement of Milwaukee 2010CV15980. Note how Milwaukee 2010CV15980 is a lawsuit between Christopher J Simpson and Sandwich Kings LLC. The settlement is long after the date Mr. Foley was discharged as General Manager and after the time when the new Corporations were formed and the assets were placed in dispute by Prima Facie actions of Mr. Foley et al. Perhaps Mighty Themis can apply her sword to cut to the heart of the question: Why was Mr. Foley settling a case for Sandwich Kings LLC after he was terminated? To prove the 1st requires the ability to examine the mind of William Foley – a task that takes time and can result in becoming a "sad little man". To prove the 2nd requires a violation of the attorney client privilege of Von Breisen and Roper between VB&R client Mr. Foley and VB&R client Sandwich Kings LLC. Such privilege does not exist if The Court was to determine that the money paid to Von Breisen and Roper had come from Sandwich Kings LLC and therefore entitled Sandwich Kings LLC to the work product of Von Briesen and Roper as they had spent good money to purchase that work product.

The next public statement by William Foley's own hand is from Milwaukee 2008CV15548 where he states he is the General Manager. This is document #2. This position of General Manager status is confirmed by Mr. Foley in his email signature line as noted in Waukesha 2012SC400 and by Mr. Kramer in Milwaukee 2013CV3221 where

Mr. Kramer details the firing of Mr. Foley as the General Manager. Mr. Foley, for some reason, did not take pride in ownership of this business but instead in these documents wanted to be just an employee and the general manager.

The final times where Mr. Foley states in written sworn testimony his lack of ownership in writing is in 2012SC400. The 1st time in that case is where when asked who the owners of the various "Suburpia" businesses in the discovery process and Mr. Foley stated it was not within his knowledge to know who the shareholders were. If Mr. Foley was an owner at that point, shouldn't he know that he was the owner? Especially if Mr. Foley was the secret 50% handshake owner as he claimed in Milwaukee 2013CV2944 – a year later. The 2nd time Mr. Foley disavowed ownership of the businesses at the addresses 10853 West Bluemound Road 53226 / 2264 N. Prospect Ave 53202 / 116 E. Layton Avenue 53207 would be after Discovery questions of the ownership was asked and Attorney Castronovo replied that these answers would be negative, but only if the case would be dropped VS Mr. Foley. Discovery answers are typically not tied to being answered only if the case is dismissed so eventually the affidavit where Mr. Foley states he was not and never had been the owner of the businesses at the 3 addresses 10853 West Bluemound Road 53226 / 2264 N. Prospect Ave 53202 / 116 E. Layton Avenue 53207 where ownership is claimed in the bankruptcy

document before this Court.   For your reading "pleasure" I have
included a copy of the Foley affidavit about how he's not the owner
as document #3.   How Mr. Foley went from June 11th of 2012 of no
ownership and not knowing WHO the ownership was to being able to
claim ownership for the purpose of the bankruptcy court should be a
question to ask, no?

Not included in the supporting documentation is the payment of what
I remember reading in the filings of Milwaukee 2013CV2944 about a
$50,000 EMPLOYEE fraud insurance payout.   Based on my understanding
of the documentation in 2013CV2944 the insurance can not pay out for
owner fraud but can pay out for employee fraud.   After the staff of
the bankruptcy court reads this section of 2013CV2944 perhaps they
will be moved by the Spirit of Themis to ponder exactly how it is
the owner of a business can be the reason for an insurance firm to
pay $50,000 for employee misconduct?

Yet another, different owner is stated when Mr. Foley was sworn in
in front of the City of Milwaukee Licensing Committee over the
license issues of the 2264 N. Prospect Ave 53202 / 116 E. Layton
Avenue 53207  addresses.   The web URL which holds the video is
http://milwaukee.granicus.com/MediaPlayer.php?view_id=2&clip_id=516
At 3:27:50 Mr. Foley states that Molly Foley is the Majority
shareholder.

I also ask you to take note of the statement by the City of
Milwaukee official at 3:27:07 "because we have the ability to take
his testimony under oath".

Business Law attorney Molly M. Foley has the appearance of being the
same Molly M. Foley as noted in the application for the Trademark
"The Original Suburpia" as "President".   These are documents # 4
and #5.   Mr. Foley has claimed Molly Foley is an owner at the City
of Milwaukee hearing sworn in and under oath.   Mr. Foley also
claimed it was not within his knowledge to know who the owner was by
his own hand in the discovery response in Waukesha 2012SC400 , but
makes the statement that his daughter Molly Foley was the majority
shareholder under oath in the City of Milwaukee hearing.   If the
Molly Foley of the Trademark application and the under oath
statements at the City of Milwaukee hearing is the same Business Law
attorney noted in the submitted documentation AND is the same Molly
Foley who is alleged to have been a past owner of a previously
failed Suburpia effort why didn't Business Law attorney and daughter
Molly Foley take more interest in how 10853 West Bluemound Road
53226 / 2264 N. Prospect Ave 53202 / 116 E. Layton Avenue 53207
obtain the assets used to run the business?   Do take note how the
contact email for Molly M. Foley in the trademark application is the
same email address William Foley used as noted in 2012SC400 and is
different than  the Molly Foley registered with the Wisconsin Bar.
You will also note that Mr. Foley claims to be the "President" per

the bankruptcy filings, so perhaps Trademark President Molly Foley can explain how she isn't the President anymore per the bankruptcy paperwork. Now perhaps I did not spot the reference to Molly Foley in Milwaukee 2013CV2944 paperwork, but it seems odd to the lay person that in a dispute between 2 groups claiming ownership of 10853 West Bluemound Road 53226 / 2264 N. Prospect Ave 53202 / 116 E. Layton Avenue 53207 that the majority shareholder as claimed under oath by Mr. Foley is not part of the 9 inches of pages in Milwaukee 2013CV2944 nor is Molly Foley a defendant in Milwaukee 2013CV2944.

As this is a Motion about asking questions there is one last question to ask – Mr. Foley lists himself as "agent" in the bankruptcy documents. I wish to make The Court aware of the document from Waukesha 2011SC1656. You can see that as document #6. Note how Mr. Foley calls himself "agent" of Two Sandwich Kings LLC. Now note the registration date of Two Sandwich Kings LLC per document #7. I'm not sure at what point the blindfold comes off of Goddess Themis to examine the filings of Mr. Foley closely but someone should be asking questions like "And who empowered you to be this agent?"

The Court now has before it not only the documentation that Mr. Foley submitted to the Court but now The Court has other public and sworn statements Mr. Foley has made in the past about the ownership of the same businesses at those locations.    If Mr. Foley does not have the ownership interest as claimed, liquidation of businesses he has no actual ownership interest does seem problematic to the interest of justice.

Given the past sworn statements of ownership do not turn square corners with the filing made on 4/15/2014  I therefore move The Court to examine into and make a determination of the truthfulness of Mr. Foley's ownership claims made Doc 1 in case 14-24438-gmh. The Court would seem to be well advised to examine into what assets are owned by Mr. Foley such as the business at 612 North Water Street doing business in the trade dress of "The Original Suburpia". Mr. Foley is in a position to answer such a question, being he is the registered agent per document #8.

DATED: April 21, 2014

MARC RASSBACH
Creditor



HOME  MOVIES  DINING  MUSIC  ARTS  BOOKS  TV & RADIO  BEER  EVENTS  MULTIMEDIA  COMICS  PUZZLES  MORE

**Hot Topics:** Summerfest | Fish fries | Gabriel Garcia Marquez | New mysteries

Follow @tapmilwaukee

[SEARCH]

DINING

HOME » ENTERTAINMENT » DINING

# Customers come back for a sandwich they remember

By DENNIS R. GETTO                                    April 20, 2007

TWEET    Pin it    SUBMIT TO REDDIT                EMAIL    PRINT    (0) COMMENTS

**Last Updated: December 15, 2005**

Is any submarine sandwich worth waiting 90 minutes for?

For hundreds of diners who make daily treks to Suburpia, 10853 W. Blue Mound Road, the answer is yes.

Many have crammed themselves into the 13-seat storefront restaurant, which opened Nov. 30, to reacquaint themselves with the sandwiches they remember from the 1970s - subs with names like Miles Standish, Davey Jones and Reuben James. Some have even braved winter weather to stand in line outside the building.

While they huddle together waiting, many of the customers swap Suburpia memories.

"These sandwiches are really good when you're drunk," said one customer who clenched his register receipt Friday night as if it were a winning lottery ticket.

"Always have been," said the man waiting next to him.

Some of those waiting for a bite of the past are former employees.

"I used to drive a delivery truck for them," one man told the other 22 people waiting around him. "Each of the sandwiches had a different spice blend. They were marked and used to come in separate jars."

No one knows more about the sandwiches than William J. Foley, the man who started the chain in the late 1960s and who has spent most of his waking hours for the last two weeks behind the cash register or in the rear kitchen at the restaurant.

Foley has had a checkered history with the sub shops. He sold his original chain in 1982. In 1990 he opened a Suburpia at the old Brown Port Shopping Center and built the chain back up to six locations before filing for bankruptcy in 1993. Then, from 1996 to 1998, he operated a Suburpia store at 735 N. Plankinton Ave.

In 1998, he was found guilty of failure to pay state sales taxes and spent a year in jail and four years on probation, he said. Current tax warrants filed by the state Department of Revenue show him owing more than $600,000.

This time around, Foley claims no ownership in the busy sub shop. "I'm just a consultant and a cashier," he said. He's working for a group of investors whom he would not name. That group plans to open 20 more Suburpia sandwich shops all over the Milwaukee area in the next year or so, he added.

If business at the Wauwatosa shop is any indication, those investors may reap big rewards. In the days that followed its opening, a torrent of customer traffic swamped the sub shop. Workers in the kitchen and at the register were accepting only cash and had to shut the phones off to stop a deluge of orders.

## Too busy

Foley and his staff had to close the store on the Sunday after its opening because they ran out of supplies and he and other workers were getting burned out, he said.

**Suburpia**

Two and a half stars - ***



Click to enlarge

Photos/Rick Wood

Whether itâ€™s the Miles Standish (top), a turkey breast sub, the Gold Coast (left), made with lean ham, or the Classic Suburpia with salami and bologna, Suburpiaâ€™s subs are a hit with customers.



Click to enlarge

William J. Foley is proud of the once-thriving Suburpia shop, which is attempting a comeback on Blue Mound Road. Some customers have waited as long as 90 minutes for the sandwiches they

**Yesterday
7:36 p.m.**    Jack White records songs, releases vinyl in hours

**4:42 p.m.**    Carriage horse foes picket Liam Neeson's NYC home

**12:49 p.m.**    Milwaukee Symphony Orchestra, actors know how to do drama

**9:49 a.m.**    Egypt's TV satirist off air until after elections

**DOWNLOAD THE BEST OF BREW CITY APP**

Need ideas for things to do in Milwaukee? Plan the perfect weekend and find drink specials with the **Best of Brew City**, your mobile guide to going out.

Best of **Brew City**
MILWAUKEE JOURNAL SENTINEL

**MKE DINER BLOG**

*News and notes on the restaurant scene from Journal Sentinel dining critic Carol Deptolla*

- Chef change at Lake Park Bistro, a promotion at Bacchus
- Update: INdustri Cafe in Walker's Point to close (7)
- INdustri Cafe co-founder leaving the Walker's Point restaurant

**View All Blog Posts**

#1

Still, the stream of customers flows in and backs up. In three recent visits to the restaurant, the biggest problem I've faced was the wait.

At 2:15 p.m. Dec. 5, I waited 30 minutes for three sandwiches. At 6:15 p.m. Friday I waited 30 minutes for seven sandwiches. And at a few minutes past noon Saturday, I waited 15 minutes to place an order for six sandwiches and then 75 more minutes before I carried them out in their trademark red plastic bags.

And I'm happy to report that all of those sandwiches were worth waiting for. Each is built on a 6-inch segment of Italian, sesame-seeded bread that Foley said came from Sciortino's Bakery.

"I'm ordering 250 loaves for tomorrow," Foley said last week. "That's enough for 1,000 sandwiches."

## The perfect mix
And while the sandwiches come with an assortment of fillings and spices, there are a few common elements that contribute to their character and their specific flavor. Oil, lettuce, mayonnaise, cheese and spices are a big part of the mix.

It's probably because Foley developed the sandwiches and their seasonings in the days before most Americans concerned themselves with things like fat grams.

The contrast between that oily filling and the chewy outer crust of the bread is what makes a Suburpia sub so special.

That and the spices. Foley said his secret blend of spices gives the sandwich a flavor that keeps customers returning, even after a long lapse.

## The best choice
I ate my first Suburpia sandwich in the fall of 1970 and quickly became addicted to the turkey versions. In three recent visits, I tried 11 different Suburpia sandwiches.

Without question, the best is the most expensive. It is the White House, which sells for $5.45 and combines ham and turkey with cheese, onions, lettuce, mayo, oil and spices.

The Standish ($5.45) and the Gold Coast ($5.25) are the next best sandwiches.

The effect that the oil and mayo have on the bread, even after a few moments, is to penetrate and impregnate it with the flavors of the meat and the spices. It also makes the sandwich difficult to eat and creates the need for a long plastic bag that's secured with a twist-tie.

"Take the twisty off, lower the bag and start eating down," Foley told one customer after handing her a sandwich. "Don't take it out of the bag."

It wasn't unusual to find half an inch of oil and spices at the bottom of the bag.

While ham and turkey dominate my three top picks at Suburpia, two other sandwiches also proved worth ordering. Even though the crab in it isn't real, the King Louis ($3.75) was a respectable sandwich, with an extra heavy helping of mayonnaise that turned its filling into something like imitation crab salad.

And the Chauncey Gardener ($3.65), with crisp cucumbers and lots of lettuce and sprouts, was one of the better vegetarian sandwiches I've tasted, thanks again to the oil, which had been only lightly seasoned. It made sense that the flavors worked so well - oil and seasonings are two of the three ingredients used to make vinaigrette dressing and - with all those vegetables - the Chauncey Gardener (named after the main character of Jerzy Kosinski's novel, "Being There") was a bit like eating a salad on bread.

## Not at top of the list
The other sandwiches didn't stack up to those first five. The Natural Wonder ($3.85) advertised three different cheeses, but under oil and spices, only one of those cheese's flavors was distinct. The Reuben James ($4.75) seemed like a waste of good corned beef - the meat cried out for rye and mustard rather than oil and mayo.

The Davey Jones ($4.85) combined white albacore tuna with mayo to make a rather bland rendition of tuna salad. In my book, tuna salad needs celery and other ingredients to make it worth eating.

And Suburpia's roast beef sandwich, called the Cattle Baron ($4.80), suffered from too strong a mix of spices. I couldn't tell whether the ingredient that gave the sandwich a little kick was ground red pepper or hot paprika, but its effect was the same - it overpowered the taste of the thin slices of roast beef.

The only accompaniments available at the new Suburpia are bagged potato chips and soda, and on Saturday, when the waits were running about 90 minutes, Foley ran out of chips and was having trouble keeping up with soda orders.

Whether or not a new generation of food lovers will embrace Suburpia-style subs remains to be seen.

recall with love.

Click to enlarge

There's nothing fancy about Suburpia, but it's not the frills the customers are after. It's the bread, the oil, the meat, the spices.

Restaurant Details
✉ Location, Hours, Etc.

## DINING GUIDE MAP



## TOP 30 RESTAURANTS



Find the best of the best and browse dining critic Carol Deptolla's annual Top 30 Milwaukee restaurant lists:
**2013 | 2012 | 2011 | 2010 | 2009**

| | |
|---|---|
| American | Ice Cream |
| Breweries | Italian |
| Brunch | Mexican |
| Chinese | Pizza |
| Coffeehouses | Sandwiches |
| Fish Fry | Seafood |
| French | Steakhouse |
| German | Sushi |
| Hamburgers | Thai |

More options

Tweets about "from:mkediner OR from:nancyjstohs OR from:katflanigan"

## MOST POPULAR - ENTERTAINMENT

most read    commented    e-mailed

- Shorewood's Tochi plays with flavors in its ramen bowls
- 8 interesting releases for Record Store Day 2014
- 100 unsinkable facts about the Titanic
- TV barely hops onto religious fare; 'Mad Men,' 'Nurse Jackie' need redemption
- Schoolboy Q rules sold-out Rave show

more most popular content...

0    Comments »
Read and share your thoughts on this story.

 **E-mail Newsletter**

Ready for the weekend? The Journal Sentinel's Kathy Flanigan offers some options for
what to do around Milwaukee and Wisconsin in this weekly newsletter.

enter your e-mail ad

**Sign Up Now!**

Enter your e-mail address above and click "Sign Up Now!" to begin receiving your e-mail
newsletter
Login or Register to manage all your newsletter preferences.

News    Watchdog    Opinion    Sports    Business    **Food**    Entertainment    Lifestyle    Multimedia

| **Connect with us** | | **Contact us** | **About us** | **Partners** |
|---|---|---|---|---|
| Facebook | Newsletters | Phone numbers | Journal Sentinel | |
| Twitter | Today's paper | Manage account | Journal Communications | |
| Google Plus | Subscription | Advertising | | |
| YouTube | services<br>Archives | Paid Death Notices | | |
| RSS | Historical | Back copies/ | | |
| Mobile Apps | Archives | Digital access FAQ | | |
| | | Place an Ad | | |

© 2014 Journal Sentinel, Inc.    PRIVACY POLICY/YOUR CALIFORNIA PRIVACY RIGHTS    Terms of Use

Sunday, April 20, 2014

| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE COUNTY |
| --- | --- | --- |

JOHNSON ELECTRIC, INC.,

     Plaintiff,

vs.                   Case No. 2008 CV 15548

SANDWICH KINGS, LLC,

     Defendant.

---

### AFFIDAVIT OF WILLIAM FOLEY IN SUPPORT OF DEFENDANT'S MOTION TO REOPEN JUDGMENT AND ORDER

---

STATE OF WISCONSIN    )
                         ) ss.
COUNTY OF WAUKESHA   )



FILED
CIVIL DIVISION
01 BR    MAR - 8 2010    01 BR
JOHN BARRETT
Clerk of Circuit Court

WILLIAM FOLEY, being first duly sworn on oath, states as follows:

1. I am the general manager of Sandwich Kings, LLC.

2. I make this Affidavit upon personal knowledge, in support of Defendant's Motion to Reopen Judgment and Order, having been duly authorized to do so.

3. That I was unaware that the above-referenced case was reopened after it was dismissed.

4. That I did not receive the Scheduling Order signed by Judge White on November 11, 2009. That I am now informed that this Scheduling Order set a scheduling conference for January 28, 2010.

5. That prior to learning that a default judgment was entered, I had no notice that there was a scheduling conference or any other court event on January 28, 2010.

#2

6. That although I had spoken with Alan H. Deutch regarding invoices allegedly owed to Johnson Electric, I never informed Mr. Deutch that Johnson Electric had sued me because I did not know that the case was reopened. I had only informed him there was a claim about work and services which I believed was not owing.

7. That because of I was unaware of the scheduling conference, I did not appear in court on January 28, 2010.

8. That Sandwich Kings, LLC never ordered nor authorized Johnson Electric to perform any work for it.

9. Once I discovered the Plaintiff performing work at Sandwich Kings, LLC's property, I ordered the Plaintiff to stop work and leave the site and they did so.

Dated at Waukesha, Wisconsin, this 4th day March 2010.

William Foley

Sworn and subscribed to before me
This 4th day March 2010.

Notary Public, State of Wisconsin
My Commission is permanent.

| STATE OF WISCONSIN | CIRCUIT COURT SMALL CLAIMS | WAUKESHA COUNTY |
|---|---|---|

MARC RASSBACH,

       Plaintiff,

    vs.

WILLIAM FOLEY, JEFFREY S DECORA
LAW OFFICE, CHRISTIAN KRAMER,
and JEFFREY DECORA

       Defendants.

Case No. 2012-SC-400

---

### AFFIDAVIT OF WILLIAM J. FOLEY

---

| STATE OF WISCONSIN | ) |
|---|---|
| | )ss |
| MILWAUKEE COUNTY | ) |

     William J. Foley, being first duly sworn upon oath, deposes, states and swears the following is true:

    1.    I make this affidavit in support of my defense in the above titled action, Waukesha County Circuit Court Case No. 2012-SC-400.

    2.    I do not currently have nor have I ever had any ownership stake in Herro Sanwich.

    3.    I do not currently have nor have I ever had any ownership stake in Mequon Sandwich Kings, Inc.

    4.    I do not currently have nor have I ever had any ownership stake in Layton Sandwich Kings, Inc.

    5.    I do not currently have nor have I ever had any ownership stake in Sandwich Kings, LLC.

    6.    I do not currently have nor have I ever had any ownership stake in Two Sandwich Kings, LLC.

#3

7.   I do not currently have nor have I ever had any ownership stake in Three Sandwich

Kings, LLC.

William J. Foley

Subscribed and sworn to before me
this __11__ day of June, 2012.

Notary Public, State of Wisconsin
My Commission expires: _is permanent._

23083363_1.DOC

DANIEL S. WELYTOK
Notary Public
State of Wisconsin

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86025003**
**Filing Date: 07/31/2013**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | The Original Suburpia |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | The Original Suburpia |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Molly M Foley |
| DBA/AKA/TA/FORMERLY | DBA The Original Suburpia |
| *STREET | 2264 N Prospect Ave |
| *CITY | Milwaukee |
| *STATE (Required for U.S. applicants) | Wisconsin |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 53202 |
| PHONE | 414-271-6300 |

#4

| | |
|---|---|
| **EMAIL ADDRESS** | sanwidgeman@gmail.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| *TYPE | INDIVIDUAL |
| * COUNTRY OF CITIZENSHIP | United States |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Restaurant and catering services; Restaurant services; Take-out restaurant services |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 11/16/1967 |
| FIRST USE IN COMMERCE DATE | At least as early as 11/16/1967 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\860\250\86025003\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | Photo of trademark in restaurant window |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Molly M Foley |
| FIRM NAME | Prospect & North Sandwich Kings Inc |
| *STREET | 2264 N Prospect Ave |
| *CITY | Milwaukee |
| *STATE (Required for U.S. applicants) | Wisconsin |
| *COUNTRY | United States |

| | |
|---|---|
| *ZIP/POSTAL CODE | 53202 |
| PHONE | 414-271-6300 |
| *EMAIL ADDRESS | sanwidgeman@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Molly M Foley/ |
| * SIGNATORY'S NAME | Molly M Foley |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 414-271-6300 |
| * DATE SIGNED | 07/31/2013 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86025003**
**Filing Date: 07/31/2013**

## To the Commissioner for Trademarks:

**MARK:** The Original Suburpia (Standard Characters, see mark)
The literal element of the mark consists of The Original Suburpia.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Molly M Foley, DBA The Original Suburpia, a citizen of United States, having an address of

 2264 N Prospect Ave
 Milwaukee, Wisconsin 53202
 United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
 International Class 043:  Restaurant and catering services; Restaurant services; Take-out restaurant services

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 11/16/1967, and first used in commerce at least as early as 11/16/1967, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Photo of trademark in restaurant window.
Specimen File1

The applicant's current Correspondence Information:

 Molly M Foley
 Prospect & North Sandwich Kings Inc
 2264 N Prospect Ave
 Milwaukee, Wisconsin 53202
 414-271-6300(phone)

sanwidgeman@gmail.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Molly M Foley/   Date Signed: 07/31/2013
Signatory's Name: Molly M Foley
Signatory's Position: Owner


RAM Sale Number: 86025003
RAM Accounting Date: 08/01/2013

Serial Number: 86025003
Internet Transmission Date: Wed Jul 31 15:58:33 EDT 2013
TEAS Stamp: USPTO/FTK-108.91.186.126-201307311558331
36585-86025003-500ba2e4699c1956144b46105
f8d815479c1d1c61a670e5eee3cd7276017c273-
CC-2964-20130731153701808871

# The Original Suburpia



 **STATE BAR OF WISCONSIN**



# Lawyer Search

The license status and member type information provided reflect this lawyer's current information. For historical information on their license status, please contact Customer Service.

To add to or update your profile, go to *my*Profile.



Atty. Molly M. Foley
Komatsu America Corp
One Continental Towers
1701 Golf Rd
Rolling Meadows IL 60008-4227
**Phone:** (847) 437-5357
**Email:** Mollymfoley@gmail.com

**Member ID:** 1035244
**Graduation Year:** 1997
**Languages:** English
**Law School:**
Gonzaga University School of
Law
**WI Admission:** 12/20/1999
**License Status:**
 Good Standing
**Member Type:**
 Inactive

You must Login to view full profile

#5

## Assignment of Lease

This agreement is made by and between MLR Enterprises d.b.a. The Extreme Pita and Two Sandwich Kings, LLC dated February 2nd, 2006.

WHEREAS, MLR Enterprises assigns all rights and obligations to Two Sandwich Kings, LLC for their original lease dated April 27th, 2004 by and between MLR Enterprises and Grandview Plaza I, LLC (Landlord) for the retail location at 1830E Meadow Lane, Waukesha, WI 53186

In consideration of the assignment of the lease, Two Sandwich Kings, LLC agrees to pay $12,500.00 by certified check to MLR Enterprises for MLR Enterprises interest in said lease.

Agreed to this second day of February 2006.

_____  2/2/06
Michael J. Rankin for MLR Enterprises

_____
Linda J. Rankin for MLR Enterprises

_____
William J. Foley
Agent
Two Sandwich Kings, LLC

# Wisconsin Department of Financial Institutions
## Strengthening Wisconsin's Financial Future

Search for:

sandwich kings

[Search Records]

Search
Advanced
Search
Name
Availability

## Corporate Records

9 records for **sandwich kings**. (1.14 s, at 4/20/2014 9:03 PM )

| ID | Entity Name / Type | Registered Effective Date | Status / Status Date |
|---|---|---|---|
| S072354 | SANDWICH KINGS, LLC<br>12 - Domestic Limited Liability Company | 09/21/2005 | Restored to Good Standing<br>08/20/2012 |
| B073984 | BLUEMOUND SANDWICH KINGS INC.<br>01 - Domestic Business | 12/17/2012 | Incorporated/Qualified/Registered<br>12/17/2012 |
| L051769 | LAYTON & HOWELL SANDWICH KINGS, INC.<br>01 - Domestic Business | 12/17/2012 | Incorporated/Qualified/Registered<br>12/17/2012 |
| L049482 | LAYTON SANDWICH KINGS INC.<br>01 - Domestic Business | 08/11/2011 | Restored to Good Standing<br>09/10/2013 |
| M078473 | MEQUON SANDWICH KINGS, INC.<br>01 - Domestic Business | 09/08/2010 | Administratively Dissolved<br>02/05/2014 |
| P060489 | PROSPECT & NORTH SANDWICH KINGS, INC.<br>01 - Domestic Business | 12/17/2012 | Incorporated/Qualified/Registered<br>12/17/2012 |
| T042389 | THREE SANDWICH KINGS, LLC<br>12 - Domestic Limited Liability Company | 01/18/2007 | Restored to Good Standing<br>10/11/2013 |
| T041057 | TWO SANDWICH KINGS, LLC<br>12 - Domestic Limited Liability Company | 05/10/2006 | Administratively Dissolved<br>06/14/2011 |
| W061638 | WATER STREET SANDWICH KINGS, INC.<br>01 - Domestic Business | 08/12/2013 | Incorporated/Qualified/Registered<br>08/12/2013 |

#7

# Wisconsin Department of Financial Institutions
## Strengthening Wisconsin's Financial Future

Search for:

sandwich kings

Search Records

Search
Advanced
Search
Name
Availability

---

**Corporate Records**

Result of lookup for **W061638** (at 4/20/2014 9:12 PM )

# WATER STREET SANDWICH KINGS, INC.

---

**You can:** File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

---

### Vital Statistics

| | |
|---|---|
| **Entity ID** | W061638 |
| **Registered Effective Date** | 08/12/2013 |
| **Period of Existence** | PER |
| **Status** | Incorporated/Qualified/Registered  Request a Certificate of Status |
| **Status Date** | 08/12/2013 |
| **Entity Type** | Domestic Business |
| **Annual Report Requirements** | Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |

---

### Addresses

**Registered Agent Office**

WILLIAM J FOLEY
2264 N PROSPECT AVE
MILWAUKEE , WI 53202

File a Registered Agent/Office Update Form

**Principal Office**

---

### Historical Information

| | |
|---|---|
| **Annual Reports** | None |
| **Certificates of Newly-elected Officers/Directors** | None |
| **Old Names** | None |

**Chronology**

| Effective Date | Transaction | Filed Date | Description |
|---|---|---|---|
| 08/12/2013 | Incorporated/Qualified/Registered | 08/12/2013 | E-Form |


#8

**INTERROGATORY NO. 5:** Name all shareholders and/or people with a financial stake in Herro Sanwich, Wisconsin Department of Financial Institutions M078473 MEQUON SANDWICH KINGS, INC., Wisconsin Department of Financial Institutions LO49482LAYTON SANDWICH KINGS INC., Wisconsin Department of Financial Institutions 5072354 SANDWICH KINGS, LLC, Wisconsin Department of Financial Institutions T042389 THREE SANDWICH KINGS, LLC, and Wisconsin Department of Financial Institutions T041057 TWO SANDWICH KINGS, LLC.

**RESPONSE TO INTERROGATORY NO. 5:** Mr. Foley objects to Request 5 as:

(a) overly broad and unduly burdensome;

(b) not reasonably calculated to lead to the discovery of admissible evidence;

(c) requesting information that is outside the knowledge of Mr. Foley; and

(d) requesting information that may be available from parties and third-parties other than Mr. Foley.

(e) irrelevant as none of those entities have been named as parties to the lawsuit.

Mr. Foley reserves the right to supplement this response as information becomes available.

Marc Rassbach
PO Box 39
Milwaukee, WI 53201

RECEIVED

2014 APR 22 PM 12: 16

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

April 20th, 2014

Janet Medlock,
Clerk of Court
Room 126, U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

To whom this may concern:

Enclosed is a Motion to Intercede, a Motion to Force the Proceedings, and Motion for the Court to examine into the truthfulness of statements of Mr. Foley with respect to ownership claims of "The Original Suburpia". Please file these motions and the supporting documentation in the case.

As Mr. Foley owes myself money in the pro active defense from his charges of receiving stolen property I am an unnamed and unsecured creditor in his 14-24438-gmh bankruptcy. The documentation submitted by Mr. Foley in 14-24438-gmh does not turn square corners with other public statements made by Mr. Foley about the ownership of the assets listed.

I ask for the motions to be scheduled for sometime after the May 14th meeting of the creditors as the other creditors may have additional asset ownership information in addition to what seems to be Mr. Foley's habit to not complete the proper paperwork and not completing the paperwork is why past bankruptcies were rejected. With a rejection due to lack of paperwork from Mr. Foley there would be no need for a motion hearing.

Sincerely,

Marc Rassbach