## A lunch suggestion for G. M Halfenger and staff (14-24439-ghm)

**Marc Rassbach**  Thu, Apr 17, 2014 at 5:32 AM
To: webteam_wieb@wieb.uscourts.gov
Cc:

Perhaps someone would like to obtain their lunch today at 612 N Water and bring along their cell phone to call
Pal Steel: AJ Anich Lumber
www.palsteel.net/
Google+ page  Be the first to review
    414 S 3rd St, Palmyra, WI 53156
(262) 495-4453

along with reading material of 14-24439-gmh, 14-24438-gmh and from Wisc CCAP

Pal Steel Company vs. William Foley
Jefferson County Case Number 2014SC000395


Foley, William - Defendant

Date of Birth

Sex

Race 1

Address

Address Updated On
612 N Water St, Milwaukee, WI  53211

04-14-2014

If anyone decides to ask to see Will Foley - the staff may know him as "Jack" Foley or in some cases he's "Jack Ryan".


Enjoy your lunches today!