THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 23, 2014

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

William John Foley,  Case No. 14-24438-GMH

Debtor.  Chapter 11

**ORDER ON CORRESPONDENCE**

On April 18, Mr. Marc Rassbach sent the court a letter directly; that is, he did not file it with the clerk nor, as far as one can tell, did he serve a copy on the debtor, creditors, or the United States Trustee's Office. He had earlier, on April 17, emailed directly both the court and court staff. A copy of this email has been added to the docket.

Neither Mr. Rassbach's letter nor his email explain clearly what relationship Mr. Rassbach has to the debtor or otherwise has to this case. As far as one can tell, this correspondence is intended to provide the court with information, but does not request that the court enter any relief in favor of Mr. Rassbach.

In all events, Mr. Rassbach, who apparently is not a lawyer, chose prohibited methods of communicating with the court when he sent his letter and email directly to the court and its staff. Communications relating to any matter before the court must be filed with the clerk's office and served on interested parties, including, specifically, the debtor and the U.S. Trustee. This method of communication is required in order to ensure that parties to the proceeding are aware of and have a fair opportunity to respond to all information provided to the court and requests for relief made upon the court.

Accordingly,

**IT IS HEREBY ORDERED** that no further action will be taken on Mr. Rassbach's letter filed at docket entry #8 or his email filed at docket entry #13.

**IT IS FURTHER ORDERED** that Mr. Rassbach must make all future communications with the court in a writing filed with the Bankruptcy Court Clerk's Office; he must also serve all such communications on the debtor, the U.S. Trustee, and all other interested parties, by sending them a copy via first class or more expeditious U.S. Mail, properly addressed, postage pre-paid. Any such filing must be accompanied by a declaration that Mr. Rassbach served the document in accordance with the service instructions contained in this order and with the Federal Rules of Bankruptcy Procedure.

####