# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

---

In re:

William J. Foley,                         Chapter 11
                                          Case No.: 14-24438-gmh

                 Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL NOTICES AND PLEADINGS

---

PLEASE TAKE NOTICE that the law firm of Antonopoulos Legal Group LLC, by Attorney Dino Antonopoulos, appears on behalf of Grandview Plaza I LLC, a creditor and party in interest in the above-captioned matter, and requests copies of all papers, pleadings and notices be served upon the undersigned counsel pursuant to Rules 9010(b) and 2002(a) of the Rules of Bankruptcy Procedure.

Dated: April 30, 2014

        s/Dino Antonopoulos
        Dino Antonopoulos
        State Bar No. 1055086
        Attorney for Creditor, Grandview Plaza I LLC.
        Antonopoulos Legal Group LLC
        Attorney Dino Antonopoulos
        N35 W23877 Highfield Court Suite 100
        Pewaukee, WI 53072
        (262) 649-5572
        (262) 549-5556 facsimile
        dino@alglawoffices.com