THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 1, 2014



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

CHAPTER: 11
DATE: April 30, 2014
JUDGE: G. Michael Halfenger
CASE NO.: 2014-24438
DEBTORS: William J. Foley
NATURE OF HEARING: Debtor's application to pay the chapter 11 filing fee in installments
APPEARANCES: John Talsky, appearing for the debtor
Amy Ginsberg, staff attorney for Office of U.S. Trustee
Joan Shepard, appearing for Sandwich Kings, LLC, Layton Sandwich Kings, LLC and Three Sandwich Kings, LLC
William J. Foley, debtor
COURTROOM DEPUTY: Sara Hackbarth

The debtor testified that he obtained the briefing required by 11 U.S.C. §109(h) on April 13, 2014. Based on the record, the court extended the deadline set forth in Rule 1007(c) for the filing of the credit counseling certificate to May 14, 2014.

The court also extended the deadline for the debtor to file his schedules and other documents required by 11 U.S.C. §§521(a) and 1116(1) to May 14, 2014.

The debtor paid $313 with the petition. The court granted the debtor's application to pay the balance of the filing fee in installments and ordered that the debtor must pay a second installment of $600 by May 14, 2014 and the third and final installment of $300 by May 28, 2014.

Failure to timely file any of the above may result in dismissal of the debtor's case without further notice or hearing.

#####