THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 15, 2014

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

    William John Foley,                 Case No. 14-24438-GMH

              Debtor.                       Chapter 11

**ORDER OF DISMISSAL**

Based on the record,

**IT IS HEREBY ORDERED** that this case is DISMISSED for failure to pay the filing fee, failure to establish eligibility to be a debtor under 11 U.S.C. §109(h), and failure to file schedules and other required documents.

####